# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEKOU M. SHERIFF,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-5057** |
| : | |
| **VERIZON WIRELESS**, *et al.*, : | |
|     **Defendants.** : | |

## ORDER

This 21st day of December, 2018, upon consideration of Plaintiff Sekou M. Sheriff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. Sheriff's Fourth Amendment claims under 42 U.S.C. § 1983 are **DISMISSED with prejudice**, for failure to state a claim pursuant to 42 U.S.C. § 1915(e)(2)(B)(ii).

4. This case is dismissed for lack of jurisdiction.

**5.** The Clerk shall mark this case closed for statistical purposes.

                                               /s/ Gerald Austin McHugh
                                               United States District Judge